# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELEN SWARTZ | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE WATERFRONT ASSOCIATES | : | NO. 22-3079 |
| *Defendant* | : | |

## O R D E R

**AND NOW, TO WIT:** this **23RD** day of **February 2023**, having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. It is further **ORDERED** that this Court retain jurisdiction to enforce the terms of the settlement in this matter

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Courtroom Deputy
to the Honorable Kai N. Scott
United States District Court Judge